## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0036 |
| ) | |
| **JAMARI S. BENJAMIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

**UPON CONSIDERATION** of the jury trial in this matter, scheduled to commence on December 7, 2020, it is hereby

**ORDERED** that the parties shall file and serve a pre-trial brief no later than November 30, 2020, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; and it is further

**ORDERED** that the parties shall provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than December 2, 2020.[1]

**Dated:** November 23, 2020          */s/ Robert A. Molloy*
                                      **ROBERT A. MOLLOY**
                                      **District Judge**

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Any trial exhibits the Defense intends to offer shall be labelled sequentially beginning with Defense Exhibit A.